# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132163

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BIORESOURCE, INC.,
             Plaintiff-Appellant,
and

OPPMAC, INC.,
             Intervening Plaintiff,

v

CITY OF DETROIT, JOSEPH VASSALLO,
PAUL BERNARD, and FREDERICK ROTTACH,
             Defendants-Appellees,
and

CENTRAL MAINTENANCE SERVICES, INC.,
SAM FODALE, JERRY FODALE, STATE OF
MICHIGAN, and DIAMOND DISMANTLING,
INC.,
             Defendants.
_____/

SC: 132163
COA: 266668
Wayne CC: 01-123531-CH

       On order of the Court, the application for leave to appeal the August 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

t0122